IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-0126 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE ADVANCING MAY 9 TRIAL BY ONE WEEK** |
| VLADIMIR HANDL AND OTHERS, | |
| Defendant. | |

The Court wishes to advance the trial currently set for May 9 up to May 2 for defendants Paul Fink, John McGaha, Dominic Grissett, and Richard Bush and also advance the pretrial conference from May 4 to April 28. The government and those defendants are requested to please show specific and good cause why the trial date and pretrial conference should not be advanced by **NOON ON MARCH 28, 2016.**

**IT IS SO ORDERED.**

Dated: March 24, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE