IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

VLADIMIR HANDL AND OTHERS,

    Defendants.

No. CR 15-0126 WHA

**ORDER ADVANCING TRIAL TO MAY 2 AND ADVANCING PRETRIAL CONFERENCE TO APRIL 28**

    The Court has reviewed counsel's responses to the order to show cause (Dkt. No. 367) and has concluded that to accommodate another important trial, the trial in this case must be advanced by one week. The needs of the Court's calendar are compelling. The trial date for defendants Paul Fink, John McGaha, Dominic Grissett, and Richard Bush is hereby set for **MAY 2, 2016, AT 7:30 A.M.** The pretrial conference is hereby set for **APRIL 28, 2016 AT 1:00 P.M.**

    The Court will approve Attorney Lara Kollios as CJA counsel for defendant Dominic Grissett in this case. Attorney Kollios and Attorney Martha Boersh shall submit the proper paperwork to the CJA office so that Attorney Kollios' transition into the case will be seamless. As to Attorney John Runfola's conflict, he will have plenty of time between now and early May to prepare both for trial in this case and for his preliminary hearing in state court. If Attorney Runfola is unable to secure a continuance of the state-court preliminary hearing, trial will go dark on Friday May 6, and continue on Monday May 9 and thereafter.

    **IT IS SO ORDERED.**

Dated: March 28, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE