UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.  CR 15-0126 WHA** |
| Plaintiff, | [~~PROPOSED~~] **ORDER OF FORFEITURE** |
| v. | |
| PAUL FINK, | |
| Defendant. | |

Having considered the application for an Order of Forfeiture filed by the United States and the plea agreement entered on April 5, 2016, and good cause appearing,

IT IS HEREBY ORDERED that, a forfeiture money judgment in the amount of $93,000 shall be entered against defendant Paul Fink, as the amount of criminal proceeds obtained directly and indirectly from the commission of the offense of conviction, forfeitable to the United States pursuant to the provisions of Title 21, United States Code, Section 853 and the procedures outlined in Rule 32.2 of the Federal Rules and Criminal Procedures.

IT IS FURTHER ORDERED that, the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

[~~Proposed~~] Order of Forfeiture
CR 15-0126 WHA                    1

1    IT IS FURTHER ORDERED that, the United States, through its appropriate agency, to seize the forfeited property forthwith.

2    IT IS FURTHER ORDERED that, the court maintain jurisdiction to enforce this Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule 32.2(e).

3    IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(4) of the Federal Criminal Rules of Procedure, this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this __4__ day of __October__, 2016.

_____
HON. WILLIAM ALSUP
United States District Judge

[Proposed] Order of Forfeiture
CR 15-0126 WHA                    2