IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

PAUL FINK,

    Defendant.

No. CR 15-00126 WHA

**ORDER RE MOTION TO UNSEAL GRAND JURY TRANSCRIPTS**

On August 25, offender Paul Fink moved to unseal the grand jury transcript in this proceeding. Fink argues that he needs these transcripts to challenge his sentence based upon ineffective assistance of counsel and "outrageous government conduct" (Dkt. No. 583 at 4, 5). The government shall please respond to Fink's motion by no later than **SEPTEMBER 21**.

**IT IS SO ORDERED.**

Dated: September 3, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE