IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

PAUL FINK,

    Defendant.

No. CR 15-00126 WHA

**ORDER RE APPLICATION FOR WRIT OF ERROR *CORAM NOBIS***

Pro se prisoner Paul Fink now moves for a writ of error *coram nobis* seeking to dismiss the indictment against him, despite having entered into a guilty plea. He argues that he was coerced into accepting his guilty plea, and now has no other available remedy to overturn his conviction since he will soon be released from prison (Dkt. Nos. 590, 594). The government shall please respond to Fink's motion by no later than **NOVEMBER 22**. Fink shall file a reply, if any, within **21 DAYS** of service of the government's response.

**IT IS SO ORDERED.**

Dated: November 3, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE